Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
_____ District of Nebraska
_____ Division

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2023 MAR 30 PM 1:54
OFFICE OF THE CLERK

Case No. 8:23cv121
*(to be filled in by the Clerk's Office)*

Russell T Perry JR
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

COX Communications
Pamela L. - Executive Resolution Specialist
Lea Ann Sumrall - Fraud Analyst
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Jury Trial: *(check one)* ☑ Yes ☐ No

RECEIVED
MAR 30 2023
CLERK
U.S. DISTRICT COURT

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Russell T Perry JR |
| Street Address | 6825 S 137th Plaza |
| City and County | Omaha NE - Douglas |
| State and Zip Code | Nebraska 68137 |
| Telephone Number | 402-201-5307 / 531-772-9809 |
| E-mail Address | Russellperry402@gmail.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**Defendant No. 1**

Name: Cox Headquaters
Job or Title (if known): Consumer - Fraud - False Account - FCRA Rights
Street Address: 6205-B Peachtree Dunwoody Rd
City and County: Atlanta
State and Zip Code: Georgia
Telephone Number: 678-645-0000
E-mail Address (if known):

**Defendant No. 2**

Name: Pamela L
Job or Title (if known): Cox - Executive Resolution Specialist
Street Address: N/A
City and County: Wichita   Sedgwick
State and Zip Code: Kansas
Telephone Number: 1.844.261.1300
E-mail Address (if known): ExecutiveEscalationsCEN@cox.com

**Defendant No. 3**

Name: Lea Ann Sumrall
Job or Title (if known): Cox / Fraud Analyst
Street Address: 901 S. George Washington Blvd
City and County: Wichita   Sedgwick
State and Zip Code: Kansas 67211
Telephone Number: 314-200-5950
E-mail Address (if known): LeaAnn.Sumrall@cox.com

**Defendant No. 4**

Name:
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question       [X] Diversity of citizenship
R.T.P                       R.T.R.T.P   Diversety of citzenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

FCRA

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

       The plaintiff, *(name)* Russell T Perry , is a citizen of the State of *(name)* Nebraska .

    b. If the plaintiff is a corporation

       The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
       and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

       The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Page 3 of 5

  b. If the defendant is a corporation

The defendant, (name) **Cox Communications**, is incorporated under the laws of the State of (name) **GA - Georgia**, and has its principal place of business in the State of (name) _____.

Or is incorporated under the laws of (foreign nation) _____;

and has its principal place of business in (name) **United States, Nebraska**

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy ~~$500,000,000~~ **$5 million**

The amount in controversy--the amount the plaintiff claims the defendant owes or the amount at stake--is more than $75,000, not counting interest and costs of court, because *(explain)*:

---

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

False Accounts
Disputes - LeAnne - Pam - Matt - Farid Fakes
Cox Cable Knows the Man whom stole My Identy, and Refuses to Correct matter and fix it thus violating the "FCRA",

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

FCRA, False Information on Background or Public Records. Pay The Plaintiff for pain & suffering and all lost wages & more. Press Charges on Cox & Humane Resources for failing to meet Requirments & Due Process

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 3-30-23

Signature of Plaintiff: *[signed]*
Printed Name of Plaintiff: Russell Perry JR

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____

On or about 03/27/2022 I Russsell Tyron Perry JR was scheduled to begin a job at State Bridge Suites located at (). I was contacted via email that I did not Receive the job due to a background check I did not pass Due to Major felonies upon my background report. I Russell Tyron Perry JR D.O.B.03/12/1993 is not a convicted felon. I reached out to the HR department to obtain a background check to dispute the information that was inaccurate. I also reached out to my local District Courthouse for answers. I was notified that the cases that were on the Background check were not mine and that they belong to a Russell Scoot Brown D.O.B. from a different county where I never resided. It provided me with information to whos responsible for the felonies on my background report. On or about 05/2015- 09/14/2015 Russell Scoot Brown D.O.B. 04/22/1996 opened #2 Accounts @ 1807 Lyod St APT2C Belluve,Ne with Cox Communications Illegally using my social security Social Security Number. On or about 06/07/2022 while running errands I stopped at Walmart Supercenter on my way to electronics I was stopped by Farid Falatas a Manager with Cox Communications promoting cox services and insisting I sign up for Cox Internet/Phone services. Mr Falats notifies me that there is an account under my Social Security number but the name is Russell Scoot Brown D.O.B 04/22/1996. xxx. I Disputed the Fraud accounts with Cox 06/10/2022. I was emailed via email by a cox Fraud specialist by the name of LeeAnn Summerall on 06/20/2022 for a follow & asking for additional information on the claim that was submitted 06/10/2022 the week prior. I submitted proof of the fraud to LeeAnn Sumerall over #10 times via email/mail she has stopped answering my calls allowing it completely impossible to dispute or fix the inaccurate info that cox has published violating my F.C.R.A Rights. I reached out to Cox Headquarters located in Atlanta,Ga spoke with Pamela Johnson 08/12/2022 to follow up about all the inaccurate information and to dispute again. I was then shut down again. Cox has placed me in collections for over 7 years and also furnished inaccurate info on my credit report allowing the background check company to get public records or some document that I'm Russell Scoot Brown D.O.B 04/22/1996 . I am Russell Tyron Perry Jr D.O.B.03/12/1993 6825 S 137Th Plaza Omaha,Ne 68137.. I have submitted my current lease agreement, Photo ID, Cox Demand Debt Letter, Proof of residency 05/20/2015-09/14/2015, Proof of Incarceration also that same year in time of alleged accounts proving that this is fraud I have tried numerous times to resolve this matter. I want $5 million dollars for violations of my rights in pain, suffering caused me to lose my job by furnishing the false account that Russell Scoot Brown D.O.B. 04/22/1996 opened in his name with my social security number that was used illegally without my consent. I will be paid for all damages caused to my family. It has been hard to raise my children with the false felonies on my record because of Cox furnishing the false info on A account that Russell Scoot Brown opened and not Russell Tyron Perry Jr @ 1807 Llyod St APT 2C Belluve,Ne causing all this to happen violating my FCRA Rights..

I went to a place called sids & suds in OMaha,Ne 83RD Blondo 2-2-22 to do my laundry while doing so my laundry caught on fire and was destroyed. I reached out to the owner of sids & suds which is Shirley fritz of Omaha, Nebraska she told me I'm not getting anything and hung up in my face rudely because her equipment was damaged and she was upset about it. I then reached out to Attorney General's office they did an investigation on the situation and provided me the Insurance information to file my claim after 3 weeks. I then filed a claim with United Fire Group Insurance on the incident and the insurance worked is judging my character due to me filing my claim bringing up crimes I have been found not guilty for also that is discrimination she can not judge my character of charges im charged with in past because I filed a claim that is not fair and was definitely embarrassing I afn and was found not guilty and even the fact of the matter is it should not be getting brought up an insurance claim and emailed to me inside my email I need answers please because this don't seem legal to do @ all