IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RUSSELL PERRYII,<br><br>Plaintiff,<br><br>vs.<br><br>COX COMMUNICATIONS, LEXISNEXIS, and EXPERIAN CREDIT BUREAU,<br><br>Defendants. | 8:23CV121<br><br>ORDER |

This matter is before the Court on Plaintiff's "Motion to Request a Hearing." (Filing No. 43.) Defendant seeks a hearing regarding his Objection to Cox Communications' request for an extension of time to respond to the Amended Complaint. Plaintiff also seeks a hearing to discuss service of process on Defendant LexisNexis. Plaintiff submitted a form seeking authorization to bring electronic devices into the courthouse to help him access his case files during the sought-after hearing.

Plaintiff's request for a hearing will be denied. The Court sees no reason why a decision on Plaintiff's Objection to Cox Communications' extension request cannot be reached based on the written submissions. Also, the Court will grant Plaintiff an additional sixty days to complete service of process on Defendant LexisNexis. Thus, a hearing is not needed on that issue at this point.

Accordingly,

**IT IS ORDERED:**

1. Plaintiff's Motion to Request a Hearing (Filing No. 43) is denied.
2. Plaintiff is given until January 19, 2024 to complete service of process on Defendant LexisNexis.
3. The Clerk of Court shall send a summons form and USM-285 form to Plaintiff, together with a copy of this Order. Plaintiff shall complete the forms and send the completed forms back to the Clerk of Court.
4. Upon receipt of the completed forms, the Clerk of Court will sign the summons form and forward it together with the USM-285 form, copy of the Amended Complaint, and copy of this Order to the United States Marshals Service for service of process on LexisNexis. The United States Marshals Service shall serve process without prepayment of fees from Plaintiff.
5. Plaintiff's request for authorization to bring electronic devices into the courthouse is denied.

Dated this 21st day of November, 2023.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge