IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RUSSELL PERRYII,<br><br>Plaintiff,<br><br>vs.<br><br>COX COMMUNICATIONS, LEXISNEXIS, and EXPERIAN CREDIT BUREAU,<br><br>Defendants. | 8:23CV121<br><br>**ORDER** |

By order dated November 21, 2023, the Court directed the Clerk of Court to send a summons form and USM-285 form to Plaintiff. Plaintiff was directed to complete the forms and send the completed forms back to the Clerk of Court. The forms were sent to Plaintiff as ordered. Plaintiff filled them out and electronically filed the documents. (Filing No. 51.) However, the forms are filled out incorrectly. For instance, Plaintiff's signature on the summons form is included in the block reserved for the Clerk of Court. Also, there must be full addresses for all individuals. Lastly, Plaintiff filed pictures of the documents and, due to the shading, the documents are somewhat illegible.

**IT IS ORDERED** that the Clerk of Court shall send another summons form and USM-285 form to Plaintiff. Plaintiff shall complete the forms and send the completed forms back to the Clerk of Court. Upon receipt of the properly completed forms, the Clerk of Court will sign the summons form and forward it together with the USM-285 form, copy of the Amended Complaint, copy of the Court's November 21, 2023 Order, and copy of this Order to the United States Marshals Service for service of process on LexisNexis. The United States Marshals Service shall serve process without prepayment of fees from Plaintiff.

Dated this 29th day of November, 2023.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge