IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RUSSELL PERRY, II, <br><br> Plaintiff, <br><br> vs. <br><br> COX COMMUNICATIONS, et al., <br><br> Defendants. | 8:23-CV-121 <br><br> STRIKE ORDER |

The plaintiff has filed a "motion to compel" (filing 91) demanding that the Court rule on pending motions to dismiss. That motion will be denied. As the plaintiff has previously been told, *see* filing 49, the Court has a large civil and criminal docket, and the plaintiff's case will be addressed *in turn*. The Court will not privilege the plaintiff's case over those brought by other deserving litigants simply because the plaintiff wants to cut in line.

The plaintiff has also filed a number of other documents. Filing 89; filing 90; filing 92. Those filings are not authorized and will be stricken. As the plaintiff has *again* previously been told, *see* filing 49, the Court expects the plaintiff to abide by the Rules of Civil Procedure and this Court's rules. But his latest barrage of filings are largely disconnected from any pending motion, and to the extent they are related to anything pending they're well past any of this Court's filing deadlines. *See* NECivR 7.1.

If the plaintiff wants any already-pending motions decided more promptly, the best thing for him to do is stop wasting the Court's time with more frivolous filings. The plaintiff is advised that if he continues to abuse the privilege of electronic filing, the Court will revoke it. The plaintiff is also advised that if he continues to ignore the Court's instructions and waste

- 2 -

everyone's time with frivolous filings, he may be subject to sanctions, including an award of attorney's fees to opposing counsel, or outright dismissal of some or all of his claims. This *will* stop, one way or the other.

IT IS ORDERED:

1. The plaintiff's "motion to compel" (filing 91) is denied.

2. Filing 89, filing 90, and filing 92 are stricken.

Dated this 25th day of April, 2024.

BY THE COURT:

John M. Gerrard
Senior United States District Judge