IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RUSSELL PERRY II,<br><br>    Plaintiff,<br><br>vs.<br><br>COX COMMUNICATIONS, LEXISNEXIS RISK SOLUTIONS, and EXPERIAN CREDIT BUREAU,<br><br>    Defendants. | 8:23CV121<br><br>ORDER |

    This matter comes before the court on Defendants' Joint Motion for a Protective Order (Filing No. 134) and Plaintiff's Motion for a Protective Order and Opposition to Defendants' Motion for Protective Order. (Filing No. 135). After careful consideration of each motion, the court finds that good cause does support the entry of a Protective Order in this case, as it appears the parties also agree that one is needed. Neither party uses the court's standard protective order, with Defendant wanting to "protect its employees from annoyance and harassment," as well as prevent dissemination of internal propriety commercial information, and Plaintiff wanting to narrowly tailor any proposed language to be consistent with the rights of an identity-theft victim under the Fair Credit Reporting Act. Accordingly, both motions are granted in part, as the court agrees that a protective order in this matter is warranted, however the court will issue its standard protective order.

    Dated this 21st day of November, 2025.

                                                       BY THE COURT:

                                                   s/ Ryan C. Carson
                                                   United States Magistrate Judge