IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

RUSSELL PERRY II,

         Plaintiff,

vs.

COX COMMUNICATIONS,  LEXISNEXIS
RISK SOLUTIONS, and  EXPERIAN
CREDIT BUREAU,

         Defendants.

**8:23CV121**

**ORDER**

Pursuant to the settlement conference held on February 6, 2026,

**IT IS ORDERED:**

1. On or before March 9, 2026, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of the case;
2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and
3. The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 6th day of February, 2026.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge