IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

RUSSELL PERRY II,

            Plaintiff,

    vs.

COX COMMUNICATIONS,  LEXISNEXIS
RISK SOLUTIONS, and  EXPERIAN CREDIT
BUREAU,

           Defendants.

**8:23CV121**

**ORDER OF DISMISSAL**

This matter is before the Court on Plaintiff Russell Perry II and Defendant Cox Communications' Joint Stipulation for Dismissal (Filing No. 162), Plaintiff Russell T. Perry, II and Defendant LexisNexis Risk Solutions Inc.'s Joint Stipulation for Dismissal (Filing No. 163), and Plaintiff Russell T. Perry, II and Defendant Experian Information Solutions, Inc.'s Joint Stipulation for Dismissal (Filing No. 164).  Having considered the matter, the Court will accept the joint stipulations.

Accordingly,

**IT IS ORDERED** that this case is dismissed with prejudice, with the parties to bear their own attorney's fees and costs.

Dated this 13th day of March, 2026.

BY THE COURT:

Susan M. Bazis
United States District Judge